UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEISHA POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | CIVIL ACTION NO. |
| KILOLO KIJAKAZI, ACTING ) | |
| COMMISSIONER OF SOCIAL ) | 3:21-CV-2226-G-BH |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the decision of the Commissioner is **AFFIRMED**.

**SO ORDERED**.

March 17, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**